**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Agent for Bank of New York, as Trustee for the Certificateholders CWABS, Inc., Asset-Backed Certificates, Series, 2004-6

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY - CAMDEN DIVISION

| | |
|---|---|
| In re | Case No. 19-10683-JNP |
| JASON M. MARTINEZ and MEGAN E. MARTINEZ, | Chapter 13 |
| Debtor, | **WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE** |

Bank of New York, as Trustee for the Certificateholders CWABS, Inc., Asset-Backed Certificates, Series, 2004-6 ("Creditor") hereby withdraws the Notice of Mortgage Payment Change ("Payment Change Notice") previously filed on 11/08/2019 in connection with Claim No. 4 in the above referenced matter, without prejudice. Creditor filed the presently withdrawn Payment Change Notice in error.

Any fees, costs, or other charges incurred by Creditor in connection with the Payment Change Notice or this withdrawal have not been added to the mortgage loan account that is the subject of the Payment Change Notice.

**ALDRIDGE PITE, LLP**

Dated: January 10, 2020         */s/ Jenelle C. Arnold*
JENELLE C. ARNOLD
**AGENT FOR BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES, 2004-6**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: JArnold@aldridgepite.com

Agent for Bank of New York, as Trustee for the Certificateholders CWABS, Inc., Asset-Backed Certificates, Series, 2004-6

In Re:

JASON M. MARTINEZ and MEGAN E. MARTINEZ,

Case No.: 19-10683-JNP

Chapter: 13

Adv. No.:

Hearing Date:

Judge: Honorable Jerrold N. Poslusny Jr.

## CERTIFICATION OF SERVICE

1. I, Courtney R. Baker :

   ☐ represent the ____ in the above-captioned matter.

   ☐ am the secretary/paralegal for __, who represents the

   _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

   ☒ See Attachment Page

2. On January 10, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Withdrawal of Notice of Mortgage Payment Change

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

   Dated: January 10, 2020          /s/Courtney R. Baker
                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jason M. Martinez<br>Megan E. Martinez<br>133 Willowbrook Road<br>Cherry Hill, NJ 08034 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Steven N. Taieb<br>Law Office of Steven Taieb<br>1155 Route 73<br>Suite 11<br>Mount Laurel, NJ 08054<br>(856) 235-4994<br>Fax : (856)235-0917<br>Email: staieb@comcast.net | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002<br>ecfmail@standingtrustee.com | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102<br>USTPRegion03.NE.ECF@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Attachment Page

☒ am the secretary/paralegal for _____Jenelle C. Arnold_____, agent for the Bank of New York, as Trustee for the Certificateholders CWABS, Inc., Asset-Backed Certificates, Series, 2004-6, secured creditor in the above captioned matter.