Printed on: 12/31/2020   Page 1 of 2
ISABEL C. BALBOA [*ICB-99001-00*]

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020
**Case Number: 19-10683 (JNP)**

Jason M. Martinez and Megan E. Martinez
133 Willowbrook Road
Cherry Hill, NJ  08034

Monthly Payment: $183.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/28/2020 | $160.00 | 01/28/2020 | $160.00 | 02/21/2020 | $450.00 | 02/28/2020 | $-450.00 |
| 03/24/2020 | $160.00 | 04/23/2020 | $160.00 | 06/02/2020 | $183.00 | 07/02/2020 | $185.00 |
| 08/21/2020 | $185.00 | 10/08/2020 | $200.00 | 10/20/2020 | $185.00 | 10/27/2020 | $365.00 |
| 11/30/2020 | $183.00 | 12/31/2020 | $183.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JASON M. MARTINEZ | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQUIRE | 13 | $3,560.00 | $3,560.00 | $0.00 | $3,308.40 |
| 0 | STEVEN N. TAIEB, ESQUIRE | 13 | $987.10 | $987.10 | $0.00 | $0.00 |
| 1 | NEW REZ, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CORNERSTONE EDUCATION LOAN SERVICES | 33 | $821.01 | $821.01 | $0.00 | $0.00 |
| 3 | FORD MOTOR CREDIT COMPANY, LLC | 33 | $4,950.81 | $519.28 | $4,431.53 | $0.00 |
| 4 | MCCABE WEISBERG CONWAY LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | POWERS KIRN,LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | MEGAN E. MARTINEZ | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | STEVEN N. TAIEB | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | LVNV FUNDING, LLC | 33 | $360.10 | $37.77 | $322.33 | $0.00 |
| 11 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2019 | 12.00 | $0.00 |
| 02/01/2020 | Paid to Date | $4,820.00 |
| 03/01/2020 | 2.00 | $168.00 |
| 05/01/2020 | 46.00 | $183.00 |
| 03/01/2024 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $2,309.00 |
| Total paid to creditors this period: | $3,308.40 |
| Undistributed Funds on Hand: | $335.26 |
| Arrearages: | ($189.00) |
| Attorney: | STEVEN N. TAIEB, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**