Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 19−10683−JNP
                        Chapter: 13
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jason M. Martinez | Megan E. Martinez |
| 133 Willowbrook Road | 133 Willowbrook Road |
| Cherry Hill, NJ 08034 | Cherry Hill, NJ 08034 |

Social Security No.:
  xxx−xx−9414                                           xxx−xx−6719

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 11/19/21 at 10:00 AM

to consider and act upon the following:

**64** − Certification in Opposition to (related document:63 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 10/20/2021. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Steven N. Taieb on behalf of Jason M. Martinez, Megan E. Martinez. (Attachments: # 1 Certificate of Service) (Taieb, Steven)

Dated: 10/18/21

                                                                            Jeanne Naughton
                                                                            Clerk, U.S. Bankruptcy Court