UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STEVEN N. TAIEB,
Attorney at Law
BY____/s/Steven N. Taieb,Esq._____
  Steven N. Taieb, ST8001
4201 Church Road, Suite 15
Mt. Laurel, NJ 08054
(856) 235-4994

Order Filed on November 30, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JASON & MEGAN MARTINEZ

Case No.:     __19-10683__

Chapter:     13

Judge:     ____JNP____

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: November 30, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Steven N. Taieb, Esq._____, the applicant, is allowed a fee of $ _____455_____ for services rendered and expenses in the amount of $_____ for a total of $_____455_____ . The allowance is payable:

☒    through the Chapter 13 plan as an administrative priority.

☐    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____160_____ per month for _____26_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                             Case No. 19-10683-JNP
Jason M. Martinez                                                                   Chapter 13
Megan E. Martinez
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2
Date Rcvd: Nov 30, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Jason M. Martinez, Megan E. Martinez, 133 Willowbrook Road, Cherry Hill, NJ 08034-3817

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon
     on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2004-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
     ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Steven N. Taieb
     on behalf of Debtor Jason M. Martinez staieb@comcast.net  sntgale@aol.com

Steven N. Taieb
     on behalf of Joint Debtor Megan E. Martinez staieb@comcast.net  sntgale@aol.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 30, 2021 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
    on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee (CWABS 2004-06) ecf@powerskirn.com

TOTAL: 7