Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 19-10683 (JNP)**

Jason M. Martinez and Megan E. Martinez  
133 Willowbrook Road  
Cherry Hill, NJ  08034

Monthly Payment: $142.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/22/2021 | $183.00 | 03/01/2021 | $183.00 | 06/24/2021 | $183.00 | 08/26/2021 | $183.00 |
| 11/01/2021 | $500.00 | 12/01/2021 | $185.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JASON M. MARTINEZ | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQUIRE | 13 | $3,560.00 | $3,560.00 | $0.00 | $251.60 |
| 0 | STEVEN N. TAIEB, ESQUIRE | 13 | $987.10 | $987.10 | $0.00 | $987.10 |
| 0 | STEVEN N. TAIEB, ESQUIRE | 13 | $455.00 | $455.00 | $0.00 | $0.00 |
| 1 | BANK OF AMERICA, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CORNERSTONE EDUCATION LOAN SERVICES | 33 | $821.01 | $821.01 | $0.00 | $821.01 |
| 3 | FORD MOTOR CREDIT COMPANY, LLC | 33 | $4,950.81 | $1,459.64 | $3,491.17 | $519.28 |
| 4 | MCCABE WEISBERG CONWAY LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | POWERS KIRN,LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | MEGAN E. MARTINEZ | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | STEVEN N. TAIEB | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | LVNV FUNDING, LLC | 33 | $360.10 | $106.19 | $253.91 | $37.77 |
| 11 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2019 | 33.00 | $0.00 |
| 11/01/2021 | Paid to Date | $8,041.00 |
| 12/01/2021 | 1.00 | $142.00 |
| 01/01/2022 | 26.00 | $160.00 |
| 03/01/2024 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $1,417.00 |
| Total paid to creditors this period: | $2,616.76 |
| Undistributed Funds on Hand: | $169.46 |
| Arrearages: | ($43.00) |
| Attorney: | STEVEN N. TAIEB, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**