# EXHIBIT C

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned hereby assigns, transfers and sets over unto: **Bank of New York, as Trustee for the Certificateholders CWABS, Inc., Asset-Backed Certificates, Series, 2004-6**, c/o Countrywide Home Loans, Inc., 7105 Corporate Drive, PTX-B-209, Plano, TX, 75024 all of its rights, title and interest in and to a certain mortgage which is dated April 30, 2004 and made by Jason Martinez and Megan Martinez to Mortgage Electronic Registration Systems, Inc., as nominee for American Residential Mortgage, which mortgage was recorded on June 21, 2004, in the office of the Clerk of Mortgages for the County of Camden in MORTGAGE BOOK 7491, page 577&c and covers premises: **133 Willowbrook Road, Cherry Hill Twp., New Jersey**, which mortgage secured a certain note/bond in the sum of $172,900.00.

WITNESS that this assignment is dated 11/3/06.

Mortgage Electronic Registration Systems, Inc., as nominee for American Residential Mortgage

                                                                  corp. seal

by: _____LISA MIDDLETON_____
    LISA MIDDLETON, VICE PRESIDENT    - name
    Vice President                     - title

STATE OF TEXAS
                          ss
COUNTY OF COLLIN

On 11/3/06 before me, the undersigned, a Notary Public in and for the said County and State, personally appeared LISA MIDDLETON, VICE PRESIDENT, Vice President to me personally known, who being duly sworn by me, did say that he/she is the Vice President of the Corporation named above which executed the within Assignment of Mortgage, that the seal affixed is the corporate seal; that said instrument was signed and sealed on behalf of the corporation pursuant to its by-laws or a resolution of its Board of Directors and that he/she acknowledged said instrument to be the free act and deed of said Corporation.

_____ Notary Public
Commission Expires

RECORD AND RETURN TO:
**POWERS KIRN, LLC**
*P.O. Box 1568*
*Mount Laurel, NJ 08054*
(856) 802-1000



CLIFFORD GILES
My Commission Expires
June 10, 2008

CAMDEN COUNTY, NJ, JAMES BEACH, COUNTY CLERK
FILE NUMBER 2007001651, RECORDING FEES:30.00, M-NOT:0.00, RTF:0.00, RECORDED BY: lisa
OR BOOK 08432 PG 1084 RECORDED 01/05/2007 09:51:20

RECEIVED
WILLIAM M.E. POWERS JR
CHARTERED

2007 JAN 22 P 2: 48