# EXHIBIT D

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone:609-250-0700
dcarlon@kmllawgroup.com
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2004-6

CASE NO. 19-10683 JNP
CHAPTER 13
Hearing Date:
Hearing Time:
Judge: Jerrold N. Poslusny Jr.

In re:

Jason M. Martinez
Megan E. Martinez
        Debtor(s)

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED APRIL 30, 2004

I, Marcia Aida Thomas, employed as Assistant Vice President by Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP ("BANA"), as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2004-6, hereby certifies the following information:

Recorded on June 21, 2004 Camden County, in Book 07491, at Page 0577.

Property Address: 133 WILLOWBROOK RD, TWP OF CHERRY HILL, NJ 08034.

Mortgage Holder: THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2004-6

Mortgagor(s)/ Debtor(s): Megan E. Martinez, Jason M. Martinez

POST-PETITION PAYMENTS (Petition filed on January 11, 2019)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Check or Money Order Number |
|---|---|---|---|---|---|
| $1,298.42 | 8/1/2019 | 8/2019 | $1,298.42 | 12/4/2019 | |
| $1,298.42 | 9/1/2019 | 9/2019 | $1,298.42 | 12/5/2019 | |
| $1,298.42 | 10/1/2019 | 10/2019 | $1,298.42 | 12/5/2019 | |
| $1,298.42 | 11/1/2019 | 11/2019 | $1,298.42 | 12/5/2019 | |
| $1,298.42 | 12/1/2019 | 12/2019 | $1,298.42 | 12/5/2019 | |
| $1,298.42 | 1/1/2020 | 1/2020 | $1,298.42 | 12/31/2019 | |
| $1,307.88 | 2/1/2020 | 2/2020 | $1,307.88 | 2/6/2020 | |
| $1,307.88 | 3/1/2020 | 3/2020 | $1,307.88 | 2/28/2020 | |
| $1,307.88 | 4/1/2020 | 4/2020 | $1,307.88 | 3/31/2020 | |
| $1,307.88 | 5/1/2020 | 5/2020 | $1,307.88 | 4/29/2020 | |
| $1,307.88 | 6/1/2020 | 6/2020 | $1,307.88 | 5/31/2020 | |

| | | | | | |
|---|---|---|---|---|---|
| $1,307.88 | 7/1/2020 | 7/2020 | $1,307.88 | 6/30/2020 | |
| $1,307.88 | 8/1/2020 | 8/2020 | $1,307.88 | 7/31/2020 | |
| $1,307.88 | 9/1/2020 | 9/2020 | $1,307.88 | 8/31/2020 | |
| $1,307.88 | 10/1/2020 | 10/2020 | $1,307.88 | 9/30/2020 | |
| $1,370.87 | 11/1/2020 | 11/2020 | $1,370.87 | 11/30/2020 | |
| | | To Suspense | $206.38 | 12/8/2020 | |
| $1,370.87 | 12/1/2020 | 12/2020 | $1,370.87 | 1/12/2021 | |
| | | To Suspense | $1,370.87 | 2/1/2021 | |
| $1,469.84 | 1/1/2021 | 1/2021 | From Suspense | 2/1/2021 | |
| $1,469.84 | 2/1/2021 | 2/2021 | $1,469.84 | 3/4/2021 | |
| $1,469.84 | 3/1/2021 | 3/2021 | $1,469.84 | 4/2/2021 | |
| | | To Suspense | $1,470.00 | 5/6/2021 | |
| $1,491.38 | 4/1/2021 | 4/2021 | From Suspense | 5/6/2021 | |
| $1,372.05 | 5/1/2021 | 5/2021 | $1,470.00 | 5/28/2021 | |
| $1,372.05 | 6/1/2021 | 6/2021 | $1,470.00 | 7/10/2021 | |
| $1,372.05 | 7/1/2021 | 7/2021 | $1,470.00 | 8/14/2021 | |
| $1,372.05 | 8/1/2021 | 8/2021 | $1,470.00 | 9/11/2021 | |
| $1,372.05 | 9/1/2021 | 9/2021 | $1,470.00 | 10/11/2021 | |
| $1,372.05 | 10/1/2021 | 10/2021 | $1,470.00 | 11/23/2021 | |
| $1,372.05 | 11/1/2021 | 11/2021 | $1,470.00 | 1/5/2022 | |
| $1,372.05 | 12/1/2021 | 12/2021 | $1,470.00 | 1/23/2022 | |
| $1,372.05 | 1/1/2022 | 1/2022 | $1,470.00 | 2/26/2022 | |
| $1,372.05 | 2/1/2022 | 2/2022 | $1,470.00 | 4/13/2022 | |
| $1,372.05 | 3/1/2022 | 3/2022 | $1,470.00 | 5/26/2022 | |
| $1,372.05 | 4/1/2022 | | $0.00 | | |
| $1,448.36 | 5/1/2022 | | $0.00 | | |
| $1,448.36 | 6/1/2022 | | $0.00 | | |
| **Total Due:** | **$47,565.40** | **Total Received:** | **$44,460.11** | **Arrears:** | **$3,105.29** |

Continue on attached sheets if necessary.

Monthly payments past due: 1 mos. X $1,372.05, 2 mos. X $1,448.36.

(Monthly payment+late charge)= $4,268.77* as of June 06, 2022.

Each current monthly payment is comprised of:
    Principal:          $651.83**_____
    Interest:           $ See note to immediately preceding line.
    R.E. Taxes:     $590.99_____
    Insurance:      $122.58_____
    Late Charges:   $0.00_____
    Other:            $82.96_____ (Specify:_Short Pay / Reserve Req___)
    TOTAL         $1,448.36_____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
<u>Notices of Mortgage Payment Change were filed on the following dates: 04/10/2019, 01/10/2020, 03/10/2021, 03/17/2022</u>.

PRE-PETITION ARREARS: <u>N/A</u>

I certify under penalty of perjury that the foregoing is true and correct.

Dated: <u>6/13/2022</u>

*Marcia Sida Thomas*
Signature

\* This amount does not account for $1,163.48 in partial payments or amounts held in suspense.
\*\* The amount in this line reflects the portion of the current monthly payment that is comprised of principal and interest.