| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| KML Law Group, P.C.<br>By:  Denise Carlon, Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>Attorneys for Secured Creditor:  THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2004-6 | Case No.:    <u>19-10683 JNP</u><br><br>Chapter:    <u>13</u> |
| In Re:<br><br>   Jason M. Martinez<br>   Megan E. Martinez<br><br>             Debtor (s) | Adv. No.:    _____<br><br>Hearing Date:<br><br>Judge:    <u>Jerrold N. Poslusny Jr.</u> |

**CERTIFICATION OF SERVICE**

1. I, <u>Thomas Diruscio</u>:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for <u>Denise Carlon, Esquire</u>, who represents the <u>Secured Creditor</u> in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On June 14, 2022  I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Notice of Motion for Relief of Automatic Stay
    - Certification of Support in Motion of Relief from Automatic Stay
    - Proposed Order
    - Certification of Service

3. I certify under penalty of perjury that the above document were sent using the mode of service indicated.

Dated: June 14, 2022              /S/Thomas Diruscio
                                              Signature

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Jason M. Martinez<br>133 Willowbrook Road<br>Cherry Hill, NJ 08034 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Megan E. Martinez<br>133 Willowbrook Road<br>Cherry Hill, NJ 08034 | Joint-Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Taieb, Steven N.<br>Law Office of Steven Taieb<br>1155 Route 73, Suite 11<br>Mount Laurel, NJ 08054 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Balboa, Isabel C.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center –<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev. 8/1/16*