Printed on: 12/31/2022　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-10683 (JNP)

Jason M. Martinez and Megan E. Martinez
133 Willowbrook Road
Cherry Hill, NJ  08034

Monthly Payment: $243.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2022 | $142.00 | 02/01/2022 | $160.00 | 03/23/2022 | $160.00 | 04/01/2022 | $160.00 |
| 06/01/2022 | $160.00 | 06/30/2022 | $160.00 | 08/10/2022 | $160.00 | 09/08/2022 | $300.00 |
| 10/19/2022 | $243.00 | 11/29/2022 | $243.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JASON M. MARTINEZ | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQUIRE | 13 | $3,560.00 | $3,560.00 | $0.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQUIRE | 13 | $987.10 | $987.10 | $0.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQUIRE | 13 | $455.00 | $455.00 | $0.00 | $455.00 |
| 0 | STEVEN N. TAIEB, ESQUIRE | 13 | $595.00 | $337.92 | $257.08 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | BANK OF AMERICA, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CORNERSTONE EDUCATION LOAN SERVICES | 33 | $821.01 | $821.01 | $0.00 | $0.00 |
| 3 | FORD MOTOR CREDIT COMPANY, LLC | 33 | $4,950.81 | $2,421.97 | $2,528.84 | $940.36 |
| 4 | MCCABE WEISBERG CONWAY LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | POWERS KIRN,LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | MEGAN E. MARTINEZ | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | STEVEN N. TAIEB | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | LVNV FUNDING, LLC | 33 | $360.10 | $176.19 | $183.91 | $68.42 |
| 11 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | BANK OF AMERICA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | BANK OF AMERICA, N.A. | 13 | $538.00 | $305.54 | $232.46 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2019 | 42.00 | $0.00 |
| 08/01/2022 | Paid to Date | $9,328.00 |
| 09/01/2022 | 17.00 | $243.00 |
| 02/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,888.00 |
| Total paid to creditors this period: | $1,463.78 |
| Undistributed Funds on Hand: | $222.10 |
| Arrearages: | $186.00 |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**