| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | Case No: 19-10... |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1** Denise Carlon, Esq. KML Law Group, P.C. 701 Market Street, Suite 5000 Philadelphia, PA 19106 Main Number: (609) 250-0700 dcarlon@kmllawgroup.com Attorneys for the Secured Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2004-6 | Chapter: 13  Order Filed on April 27, 2023 by Clerk U.S. Bankruptcy Court District of New Jersey Judge: Jerrold N. Poslusny Jr. |
| In re: Megan E. Martinez Jason M. Martinez Debtors | |

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|
| | | |

# ORDER VACATING STAY

The relief set forth on the followi

**DATED: April 27, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of  <u>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW</u>

<u>YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS INC., ASSET-</u>

<u>BACKED CERTIFICATES, SERIES 2004-6</u>, under Bankruptcy Code section 362(a) for relief from

the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as 133 Willowbrook Rd, Twp Of Cherry Hill
NJ 08034**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtors and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.