Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–10683–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Jason M. Martinez | Megan E. Martinez |
| 133 Willowbrook Road | 133 Willowbrook Road |
| Cherry Hill, NJ 08034 | Cherry Hill, NJ 08034 |

Social Security No.:
  xxx–xx–9414                                                  xxx–xx–6719

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: September 19, 2024            Jerrold N. Poslusny Jr.
                                                           Judge, United States Bankruptcy Court